IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Melinda Sue Harbold        BK NO. 23-02704 HWV

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Wells Fargo Bank, N.A., as Trustee, on behalf of registered Holders of Bear Stearns Asset Backed Securities I Trust 2007-AC3, Asset-Backed Certificates, Series 2007-AC3 and index same on the master mailing list.

                        Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
06 Dec 2023, 17:23:38, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Case 1:23-bk-02704-HWV    Doc 12    Filed 12/07/23    Entered 12/07/23 15:33:15    Desc
Main Document      Page 1 of 1
Document ID: a1e6d19f3b86d5e3ac5448e930e448bd70361e29fedcb4a52caea793ffb937ef